UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06CR2450-10-LAB |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| WILLY TRAN (10), ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING AND PREVIOUS APPLICATION HAVING BEEN MADE, IT IS HEREBY ORDERED that Copy Connection be allowed to submit their billing for Order #1A-Amended for a total of $1378.68 plus sales tax, in the above entitled case on a CJA-21 form for payment.

SO ORDERED.

DATED: January 5, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge